# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139309

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ORLANDO RAY GRAY,
      Defendant-Appellant.

SC: 139309
COA: 291210
Gogebic CC: 2008-000109-FH

_____/

      On order of the Court, the application for leave to appeal the June 1, 2009 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the sentence of the Gogebic Circuit Court and we REMAND this case to the trial court for resentencing. On remand the trial court shall reconsider the scoring of OV 15 in light of this Court's opinion in *People v McGraw*, 484 Mich 120 (2009). The trial court shall sentence the defendant within the appropriate sentencing guidelines range, or articulate on the record a substantial and compelling reason for departing from the sentencing guidelines range in accordance with *People v Babcock*, 469 Mich 247 (2003). In all other respects, the application for leave to appeal is denied because we are not persuaded that the question presented should be reviewed by this Court.

      CORRIGAN, J. (*concurring*).

      I concur in the order remanding for resentencing so that the sentencing court can consider whether this Court's decision in *People v McGraw*, 484 Mich 120 (2009), affects the scoring of offense variable 15, but I continue to adhere to my dissenting opinion in *McGraw*, 484 Mich at 136.

      WEAVER, J. (*dissenting*).

      I dissent because I would not vacate the sentence and remand this case. Instead, I would grant leave to appeal in order to reconsider *People v McGraw*, 484 Mich 120 (2009), for the reasons stated in the dissenting opinion in that case, id. at 136.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2009

_____
Clerk

11027